IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____        *

**Plaintiff,**

                                        *

**v.**                                  **Case No.** _____

                                        *

_____        *

**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____            _____
Date                                                                Signature

                                                                    _____
                                                                    Printed name and bar number

                                                                    _____
                                                                    Address

                                                                    _____
                                                                    Email address

                                                                    _____
                                                                    Telephone number

                                                                    _____
                                                                    Fax number

Subsidiaries of LifeBridge Health, Inc.

8600 Liberty Road, LLC
Acute Diagnostics and Services, LLC (50%)
Advanced Health Collaborative II, LLC (25%)
Advanced Health Collaborative, LLC (20%)
Advanced PET Imaging of Maryland, LP (5%)
Age Wave Management, LLC (75% of Member)
Age Wave Properties, LLC (75% of Member)
Baltimore County Radiology, LLC (25%)
Brinton Woods Health Care Center, LLC (55%)
Brinton Woods Senior Living, LLC (55%)
BW Primary Care, LLC
Cardiovascular Associates of Maryland, LLC
Carroll ACO, LLC
Carroll Billing Services, Inc.
Carroll Care Pharmacies, LLC (49%)
Carroll County CMO, LLC
Carroll County Dialysis Facility Limited Partnership (33%)
Carroll County Digestive Disease Center, LLC (10%)
Carroll County General Hospital South Carroll Medical Center Condominium, Inc. (70%)
Carroll County Health Services Corporation
Carroll County Med-Services, Inc.
Carroll County Radiology, LLC (60%)
Carroll County Sleep Disorder Services, LLC (33%)
Carroll Health Group, LLC
Carroll Hospice, Inc.
Carroll Hospital Center Foundation, Inc.
Carroll Hospital Center MOB Investment, LLC
Carroll Hospital Center, Inc.
Carroll Medical Office Associates, LLC (45%)
Carroll Metropolitan Physician Group, LLC
Carroll Occupational Health, LLC (75%)
Carroll PHO, LLC
Carroll Regional Cancer Center Physicians, LLC
Carroll Urgent Care, LLC
Cherrywood Limited Parternship (25%)
Children's Hospital at Sinai Foundation, Inc.
Children's Hospital of Baltimore City, Inc.
Courtland Gardens Nursing and Rehabilitation Center, Inc.
Courtland, LLC (49%)
Ellicott City Ambulatory Surgery Center, L.L.L.P. (51% of GP)
Ellicott City ASC Holdings, L.L.C. (51% of single member)
Ellicott City ASC Management, L.L.C. (51%)
Evergreen Health, Inc.
FCOC, LLC (40%)
General Surgery Specialists, LLC
Greenspring Office One, LLC (10%)
Healthstar Medical Services, Inc.
Homecare Maryland, LLC (51%)
LBH Carroll County Nursing and Rehabilitation, LLC

LBH Evergreen Holdings, LLC
Levindale Hebrew Geriatric Center and Hospital, Inc
LifeBridge 23 Crossroads Drive Medical Office Building, LLC
LifeBridge Anesthesia Associates, LLC
LifeBridge Atlantic Medical, LLC
LifeBridge Cardiology at Quarry Lake, LLC
LifeBridge Cardiology of Carroll County, LLC
LifeBridge Cardiology of Parkville, LLC
LifeBridge Cardiology of Westminster, LLC
LifeBridge Community Gastroenterology, LLC
LifeBridge Community Pediatrics, LLC
LifeBridge Community Physicians, Inc.
LifeBridge Community Practices, LLC
LifeBridge Community Pulmonology, LLC
LifeBridge Gynecology of Pikesville, LLC
LifeBridge Health ACO, LLC
LifeBridge Health and Fitness, LLC
LifeBridge Health Cardiology of Baltimore, LLC
LifeBridge Health Clinically Integrated Network, LLC
LifeBridge Health Israel Ltd.
LifeBridge Insurance Company, Ltd.
LifeBridge Investments, Inc.
LifeBridge Lab Management, LLC
LifeBridge Medical Associates, LLC
LifeBridge Metropolitan Physician Group II, LLC
LifeBridge Metropolitan Physician Group, LLC
LifeBridge Metropolitan Staffing, LLC
LifeBridge Multi-Specialty, LLC
LifeBridge Neurosciences, LLC
LifeBridge Potomac Professionals, LLC
LifeBridge Primary Care of Eldersburg, LLC
LifeBridge Primary Care of North Carroll, LLC
LifeBridge Rehabilitation Services, LLC
LifeBridge Sports Medicine and Rehabilitation, LLC (50%)
LifeBridge Suburban Physician Group II, LLC
LifeBridge Suburban Physician Group, LLC
LifeBridge Suburban Staffing, LLC
Lochearn Nursing Home, LLC (10%)
Med-Services Holdings, Inc.
MNR Industries, LLC (40%)
Mount Airy Med-Services, LLC (50%)
Mt. Airy Health Services, LLC (50%)
Mt. Airy Plaza, LLC (50%)
National Respiratory Care, LLC (50%)
Northwest Baltimore Radiation Therapy Regional Center, LLC (10%)
Northwest Hospital Center, Inc.
PLMD, LLC (25%)
Post Acute Physician Partners, LLC (50%)
Practice Dynamics, Inc.
Sinai Clinical Professionals, LLC
Sinai Eldersburg Real Estate, LLC

Sinai Hospital of Baltimore, Inc.
Sinai Parking Facility, LLC
Springwell Partners, LLC (75%)
Springwell, LLC (75% of Member)
SurgiCenter of Baltimore, LLC (64%)
The Baltimore Jewish Eldercare Foundation, Inc.
The Baltimore Jewish Health Foundation, Inc.
The Center for Urologic Specialties, LLC
Windrush Behavioral Health, LLC (20%)
Woodholme Cardiology, LLC